# Court of Appeals
# of the State of Georgia

ATLANTA,  November 16, 2015

*The Court of Appeals hereby passes the following order:*

## A16A0278.  MORRIS, SCHNEIDER, WITTSTADT, LLC, ET AL. v. JAMES A PRITCHARD, III.

Appellant's Suggestion of Bankruptcy and Notice of Automatic Stay is hereby GRANTED.  We direct that this appeal be REMANDED to the trial court until the bankruptcy matter is completed and the stay of proceedings is lifted.  Any party or parties may reinitiate the appeal of this case by timely refiling a new Notice of Appeal within 30 days of the bankruptcy court's order.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  11/16/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*